AO 450 (Rev. 5/85) Judgment in a Civil Case ®

# United States District Court

EASTERN DISTRICT OF WISCONSIN

Janet M. Diercks, individually
and d/b/a J & C Butte Kennels,

                                    JUDGMENT IN A CIVIL CASE

                V.

State of Wisconsin Department of          CASE NUMBER: 02-C-988
Administration, et al.

    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**   Decision by Court. This action came to a decision before the Court. The issues have been briefed and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    1. Plaintiff's motion for leave to file excess pages in her reply brief (Docket No. 91) is granted.

    2. Defendants' motion for summary judgment (Docket No. 60) is granted.

    3. Plaintiff's motion for summary judgment (Docket No. 69) is denied.

    4. This matter is dismissed in its entirety.

December 20, 2006
*Date*

                                                                       *Clerk*

                                                                     */s/ Regina Torcivia*
                                                                     *(By) Deputy Clerk*